UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANDREW DEANGELES, Plaintiff, | ) | |
| v. | ) | Case No. 2:25-cv-00369 |
| CARGILL, INCORPORATED, AND JOHN DOES(S) Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Kristina A. Coleman, of Faegre Drinker Biddle & Reath LLP, will appear as counsel for Defendant, Cargill Incorporated in the above-captioned matter.

Dated: August 11, 2025

Respectfully submitted,

*/s/ Kristina A. Coleman*

Kristina A. Coleman, ESQ (Atty No. 34429-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-1448
Facsimile: (317) 237-1000
kristina.coleman@faegredrinker.com

Ruben Gonzalez, ESQ *(Pro Hac Pending)*
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
Phone: (312) 356-5031
Facsimile: (312) 569-3000
ruben.gonzalez@faegredrinker.com

*Attorneys for Defendant Cargill, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. I also certify that the foregoing document was served upon the below counsel via electronic mail.

Michael J. Bruzzese (33756-49)
Smid & Merchant LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
Direct: (773) 350-9828
Fax: (317) 458-2086
mbruzzese@smidlaw.com

*Attorney for Plaintiff*

*/s/ Kristina A. Coleman*