UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANDREW DEANGELES,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>AND<br><br>JOHN DOES(S)<br><br>Defendants. | Case No. 2:25-cv-00369<br><br>Removed from the Lake Superior Court in Lake County, Indiana<br>Case No. 45D02-2505-CT-000626 |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, Cargill, Incorporated ("Cargill"), states that it has no parent corporation and no publicly-held company owns 10% or more of its stock.

Respectfully submitted,

Dated: August 11, 2025

*/s/ Kristina A. Coleman*

Kristina A. Coleman, ESQ (Atty No. 34429-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-1448
Facsimile: (317) 237-1000
kristina.coleman@faegredrinker.com

Ruben Gonzalez, ESQ *(Pro Hac Forthcoming)*
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
Phone: (312) 356-5031
Facsimile: (312) 569-3000
ruben.gonzalez@FaegreDrinker.com

*Attorneys for Defendant Cargill, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. I also certify that the foregoing document was served upon the below counsel via electronic mail.

Michael J. Bruzzese (33756-49)
Smid & Merchant LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
Direct: (773) 350-9828
Fax: (317) 458-2086
mbruzzese@smidlaw.com

*Attorney for Plaintiff*

*/s/ Kristina A. Coleman*