UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANDREW DEANGELES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-369 |
| | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| JOHN DOES(S) | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendant, Cargill, Incorporated ("Cargill"), respectfully moves the Court for an extension of time to file a responsive pleading to Plaintiff Andrew DeAngeles' ("Plaintiff") Complaint. Plaintiff does not oppose Cargill's Motion for an Extension of Time to file a responsive pleading. In support, Cargill states as follows:

1. Cargill was served with the Complaint in the Lake Superior Court of Lake County, Indiana in this action on July 14, 2025.

2. Cargill timely filed a Notice of Removal to remove this action from Lake Superior Court of Lake County, Indiana to this Court on August 11, 2025. *See* 28 U.S.C. § 1446 (b)(1); (Dkt. 1).

3. Accordingly, Cargill's response to Plaintiff's Complaint is presently due on August 18, 2025, which time has not expired. *See* Fed. R. Civ. P. 81(c)(2)(C).

4. Cargill has neither requested nor been granted any prior enlargements of time to respond to the Complaint in this Court.

5. Cargill seeks an additional sixty (60) days, to and including October 17, 2025, to review the matters raised by Plaintiff's Complaint and prepare an appropriate response.

6. This motion is made for good cause, is not made for the purposes of delay, and will not prejudice Plaintiff.

7. Counsel for Cargill and counsel for Plaintiff conferred by telephone and e-mail regarding Cargill's Motion, and counsel for Plaintiff indicated that Plaintiff does not object to the requested extension.

WHEREFORE, Cargill respectfully requests an enlargement of time to and including October 17, 2025, to file a responsive pleading to Plaintiff's Complaint.

Dated: August 14, 2025

Respectfully submitted,

*/s/ Kristina A. Coleman*
Kristina A. Coleman, ESQ (Atty No. 34429-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-1448
Facsimile: (317) 237-1000
kristina.coleman@faegredrinker.com

Ruben Gonzalez, ESQ *(Pro Hac Forthcoming)*
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
Phone: (312) 356-5031
Facsimile: (312) 569-3000
ruben.gonzalez@faegredrinker.com

*Attorneys for Defendant Cargill, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. I also certify that the foregoing document was served upon the below counsel via electronic mail.

Michael J. Bruzzese (33756-49)
Smid & Merchant LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
Direct: (773) 350-9828
Fax: (317) 458-2086
mbruzzese@smidlaw.com

*Attorney for Plaintiff*

*/s/ Kristina A. Coleman*