(COURT USE ONLY)

RECEIPT NO.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

ANDREW DEANGELES

v.

CARGILL INCORPORATED and JOHN DOES

Cause No. 2:25-cv-369

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

CARGILL, INCORPORATED

Party(s) Represented

Prefix (check one) ☒ Mr. ☐ Ms. ☐ Mrs.

Last Name: Gonzalez First Name: Ruben Middle Name/Initial: I

Generation (Sr, Jr, etc):

Firm Name: Faegre Drinker Biddle & Reath LLP

Street Address: 320 S. Canal Street Suite/Room No.: 3300

City: Chicago State: IL Zip: 60606

Office Telephone No.: (312) 356-5031 Fax No.: (312) 569-3000

E-Mail Address: ruben.gonzalez@faegredrinker.com

**EDUCATION:**

College: George Washington University Degree: Political Science Year Completed: 2007

Law School: Notre Dame Law School Year Graduated: 2015

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2015 | Active | 6320689 |
| | | | |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| USDC Northern District of Illinois | 2016 | Active |
| USDC Southern District of Illinois | 2019 | Active |
| USDC Eastern District of Wisconsin | 2019 | Admitted |
| USDC Western District of Wisconsin | 2019 | Admitted |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Ruben I. Gonzalez, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: August 14, 2025

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: ______________________

______________________________
Judge, U. S. District Court

# EXHIBIT A

# Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois

www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
8/14/2025

Re: Ruben Ignacio Gonzalez
Attorney No. 6320689

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Ruben Ignacio Gonzalez was admitted to practice law in Illinois on 11/5/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: ______________________

Andrew Oliva
Registrar