**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| ANDREW DEANGELES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-369-AZ |
| | ) | |
| CARGILL, INC. and JOHN DOE(S), | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 10, 2026, the parties appeared before the Court for a hearing. Pursuant to Federal Rule of Civil Procedure 16(b), the Court **ORDERS** as follows:

(1) Rule 26(a)(1) initial disclosures to be exchanged, but not filed, by **March 2, 2026**;

(2) The parties' deadline to seek permission to join additional parties or amend the pleadings is **April 30, 2026**;

(3) The plaintiff's deadline to disclose expert witnesses and reports is **October 1, 2026**;

(4) The defendant's deadline to disclose expert witnesses and reports is **November 19, 2026**;

(5) Rule 26(e)(2) supplements are due **December 18, 2026**;

(6) The deadline to complete all discovery is **January 29, 2027**;

(7) The deadline to complete mediation or a judicial settlement conference is **January 29, 2027**;

(8) The parties agree to following limitations on discovery: a maximum of 25 interrogatories by each party to any other party; a maximum of 30 requests for admission by each party to any other party; a maximum of 15 depositions by plaintiff and 15 by defendant, which are limited to 7 hours each unless extended by stipulation or court order;

(9) To the extent a discovery disputes arise among the parties (or third parties), the Court discourages the filing of formal motions to compel or motions for protective order. Such disputes should instead be brought to the Court's attention through the filing of a Motion for a Discovery Ruling that succinctly summarizes the issue without extensive argument or case law citation. The submission may be joint or separate, but the Court discourages extensive briefing. The Court will then promptly set the matter for a telephonic hearing to resolve the issue and/or request further briefing;

(10) All other requirements of discovery shall be governed by the Federal Rules of Civil Procedure and Local Rules of the Northern District of Indiana as applicable;

(11) The summary judgment deadline per Rule 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set at a later date; and

(12) This schedule may be modified by order of this Court for good cause shown pursuant to Rule 16(b)(4). Any motion to extend the deadline to

complete discovery should be filed at least thirty (30) days prior to the close of discovery, absent extraordinary circumstances.

SO ORDERED this 10th day of February 2026.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT