UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANDREW DEANGELES,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>AND<br><br>JOHN DOE(S),<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-369-AZ |

**STATUS REPORT**

Defendant, Cargill, Incorporated ("Cargill"), through its counsel, states the following for its status report:

1. On February 10, 2026, the parties appeared before this Court for an initial pretrial conference.

2. Following the initial pretrial conference, this Court adopted the parties' proposed discovery plan and issued a scheduling order setting a March 2, 2026, deadline for the parties to exchange initial disclosures and an April 14, 2026, deadline for the parties to file a joint status report. (Dkt. 14). The Court also ordered the parties to sign and return a Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge form by March 3, 2026. (Dkt. 15).

3. Cargill complied with the Court's Orders and provided its Rule 26(a) initial disclosures to Plaintiff on February 27, 2026, and delivered the signed Consent to the Exercise of Jurisdiction by a United States Magistrate Judge form on March 2, 2026.

4. To date, Plaintiff has not provided his Rule 26(a) Initial Disclosures to Cargill. Plaintiff also failed to provide a signed Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge form by March 2, 2026.

5. On March 9, 2026, the Court ordered that Plaintiff return a signed Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge form by March 19, 2026. To Cargill's knowledge, Plaintiff has not provided a signed form to the Court, or in the event Plaintiff provided a signed form, Cargill's counsel was not included in the correspondence to the Clerk's Office.

6. Additionally, as discussed during the February 10, 2026, initial pretrial conference, Cargill has been seeking medical records substantiating Mr. DeAngeles' claims since July 2025. To date, Cargill has still yet to receive Plaintiff's medical records.

7. On April 9, 2026, Cargill provided Plaintiff's counsel with a copy of this Status Report and asked that Plaintiff's counsel respond with any proposed changes to the Status Report by April 14, 2026, at noon EST. The undersigned followed up with Plaintiff's counsel concerning the Status Report at 1:00 p.m. EST on April 14, 2026. As of the filing of this document, Cargill's counsel has not received a response from Plaintiff's counsel.

**WHEREFORE**, in accordance with the Court's Order, Cargill provides a status report for this matter and respectfully requests that the Court order a show-cause hearing to address Plaintiff's failure to prosecute this matter.

Date: April 14, 2026

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Kristina A. Coleman*
Kristina A. Coleman (#34429-49)
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-1448
Fax: (317) 237-1000
Email: kristina.coleman@faegredrinker.com

Ruben I. Gonzalez (*admitted pro hac vice*)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 356-5031
Fax: (312) 569-3000
Email: ruben.gonzalez@faegredrinker.com

*Attorneys for Defendant Cargill, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 14, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kristina A. Coleman*