# UNITED STATES DISTRICT COURT

Northern **District of** Indiana

Andrew Deangeles
Plaintiff (s),
V.
Cargill, Inc., et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:25-cv-00369-AZ

Notice is hereby given that, subject to approval by the court, Plaintiff, Andrew De Angeles (Party (s) Name) substitutes Edward Smid (Name of New Attorney), State Bar No. 30134-49 as counsel of record in place of Michael J. Bruzzese (33756-49) (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Smid Law, LLC
Address: 12115 Visionary Way, Suite 174 - Fishers, IN 46038
Telephone: 317-690-9369 Facsimile 317-458-2086
E-Mail (Optional): esmid@smidlaw.com

I consent to the above substitution.
Date: 04/21/2026 *lsl Andrew Deangeles*
(Signature of Party (s))

I consent to being substituted.
Date: 04/21/2026 /s/ *Michael J. Bruzzese*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 04/21/2026 /s/ *Edward M. Smid*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________ ______________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**