**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

Andrew Deangeles
Plaintiff,

v.

Civil Action No.: 2:25−cv−00369−AZ
Magistrate Judge Abizer Zanzi

Cargill, Inc., et al.
Defendant.

## CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

I have read the "Notice of Assignment of Case to a United States Magistrate Judge for Trial" and discussed the option with my client(s) and **[select one of the following two options]**:

__X__ In accordance with 28 U.S.C. § 636(c), the party or parties listed below voluntarily consent(s) to the United States Magistrate Judge conducting all proceedings in this case, including entry of a final judgment and all post−judgment matters. Should this case be reassigned from one Magistrate Judge to another after a case is fully consented, then the undersigned may object within thirty (30) days of such reassignment.

**OR**

____ The party or parties listed below acknowledge(s) the availability of a United States Magistrate Judge but decline(s) to consent.

Parties: _Cargill, Incorporated_______________________________________________

_______________________________________________

Dated: _March 2, 2026___ Signature of Party or Attorney: _/s/ Kristina A. Coleman_______________

**NOTE: This Consent or Declination to magistrate judge jurisdiction must be returned to the Clerk of Court within twenty−one (21) days of receipt.** If the Consent Form is not returned within the twenty−one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

Andrew Deangeles
Plaintiff,
v.
Cargill, Inc., et al.
Defendant.

Civil Action No.: 2:25−cv−00369−AZ
Magistrate Judge Abizer Zanzi

**CONSENT OR DECLINATION**
**TO MAGISTRATE JUDGE JURISDICTION**

I have read the "Notice of Assignment of Case to a United States Magistrate Judge for Trial" and discussed the option with my client(s) and **[select one of the following two options]**:

__X__ In accordance with 28 U.S.C. § 636(c), the party or parties listed below voluntarily consent(s) to the United States Magistrate Judge conducting all proceedings in this case, including entry of a final judgment and all post−judgment matters. Should this case be reassigned from one Magistrate Judge to another after a case is fully consented, then the undersigned may object within thirty (30) days of such reassignment.

**OR**

____ The party or parties listed below acknowledge(s) the availability of a United States Magistrate Judge but decline(s) to consent.

Parties: Andrew Deangeles

Dated: April 21, 2026 Signature of Party or Attorney: /s/ *Edward M. Smid*

**NOTE: This Consent or Declination to magistrate judge jurisdiction must be returned to the Clerk of Court within twenty−one (21) days of receipt.** If the Consent Form is not returned within the twenty−one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.