**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| Andrew DeAngeles, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 2:25 – cv- 00369 - AZ |
| v. | ) | Magistrate Judge Abizer Zanzi |
| | ) | |
| Cargill, Inc. *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

I, Edward Smid, of the law firm Smid Law LLC, hereby enter my appearance on behalf of Plaintiff Andrew DeAngeles in the above-captioned matter.

Respectfully Submitted,

*/s/ Edward M. Smid*

Edward M. Smid (30134-49)
Smid Law LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
Direct: (317) 690-9369
Fax: (317) 458-2086
esmid@smidlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>/s/ Edward M. Smid</u>*