**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| Andrew DeAngeles,<br><br>Plaintiff,<br><br>v.<br><br>Cargill, Inc. *et al.,*<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 2:25 – cv- 00369 - AZ<br>Magistrate Judge Abizer Zanzi |

**MOTION TO WITHDRAW APPEARANCE**

The law firm of Smid Law LLC, attorneys for the Plaintiff, hereby respectfully request that the Court order that the appearance of Michael Bruzzese be withdrawn. This withdrawal will not prejudice Plaintiff as Edward Smid of Smid Law LLC will continue to represent him.

WHEREFORE Plaintiff respectfully requests that Michael Bruzzese's appearance on his behalf be withdrawn, and all other just and proper relief.

Respectfully submitted,

*/s/ Edward M. Smid*

Edward M. Smid (30134-49)
Smid Law LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
Direct: (317) 690-9369
Fax: (317) 458-2086
esmid@smidlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Edward M. Smid*