UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANDREW DEANGELES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:25-cv-369-AZ |
| CARGILL, INCORPORATED | ) | |
| AND | ) | |
| JOHN DOE(S), | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Andrew DeAngeles ("Plaintiff"), and Defendant, Cargill, Incorporated ("Cargill"), through their respective counsel, states the following for their status report in advance of the July 27, 2026, Telephonic Status Conference:

1. On April 21, 2026, the parties appeared before this Court for a telephonic status conference.

2. During the hearing, the Court ordered Plaintiff to serve initial disclosures by April 24, 2026. The Court also ordered the parties to file a joint status report by July 20, 2026. (Dkt. 22).

3. On April 24, 2026, Plaintiff timely served his initial disclosures and an initial production of select medical receipts.

4. On June 19, 2026, Cargill served its First Set of Interrogatories and First Set of Requests for Production of Documents on Plaintiff.

5. Plaintiff and Cargill are exploring an informal, potential resolution. Should the matter not resolve, Cargill has agreed to offer Plaintiff an additional 14 days to serve discovery responses.

**WHEREFORE**, in accordance with the Court's April 21, 2026, Order, the parties provide the aforementioned status report in advance of the July 27, 2026, Telephonic Status Conference.

Date: July 20, 2026

Respectfully submitted,

SMID LAW

*/s/ Edward Smid (with permission)*
Edward Smid (#30134-49)
12115 Visionary Way, Suite 174
Fishers, IN 46038
Telephone: (317) 690-9369
Fax: 317-458-2086
Email: esmid@smidlaw.com

*Attorney for Plaintiff Andrew DeAngeles*

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Kristina A. Coleman*
Kristina A. Coleman (#34429-49)
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-1448
Fax: (317) 237-1000
Email: kristina.coleman@faegredrinker.com

Ruben I. Gonzalez (*admitted pro hac vice*)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 356-5031
Fax: (312) 569-3000
Email: ruben.gonzalez@faegredrinker.com

*Attorneys for Defendant Cargill, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kristina A. Coleman*