UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANDREW DEANGELES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-369-AZ |
| | ) | |
| CARGILL, INCORPORATED | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| JOHN DOE(S), | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to N.D. Ind. L.R. 16-1(g), Plaintiff Andrew DeAngeles and Defendant Cargill, Incorporated jointly notify the Court that the Parties have reached a resolution in principle of this case.

The Parties anticipate finalizing a settlement agreement, with the Parties expected to file a Joint Stipulation of Voluntary Dismissal with Prejudice within 90 days of this Notice.

The Parties request that the Court vacate all pending deadlines and hearings. The Parties will notify the Court if settlement is not concluded within the next 90 days.

Date: August 21, 2026

SMID LAW

*<u>/s/ Edward Smid (with permission)</u>*
Edward Smid (#30134-49)
12115 Visionary Way, Suite 174
Fishers, IN 46038
Telephone: (317) 690-9369
Fax: 317-458-2086
Email: esmid@smidlaw.com

*Attorney for Plaintiff Andrew DeAngeles*

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Kristina A. Coleman*
Kristina A. Coleman (#34429-49)
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-1448
Fax: (317) 237-1000
Email: kristina.coleman@faegredrinker.com

Ruben I. Gonzalez (*admitted pro hac vice*)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 356-5031
Fax: (312) 569-3000
Email: ruben.gonzalez@faegredrinker.com

*Attorneys for Defendant Cargill, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 21, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kristina A. Coleman*